Mikeal Glenn Stine #55436-098
Name and Prisoner/Booking Number

United STATES Penitentiary /USP-Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson Arizona, 85734
City, State, Zip Code



FILED ✓   LODGED ___
RECEIVED ___ COPY ___

JUL 20 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Mikeal Glenn Stine,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Correctional Officer R. FRAGOSO,
(Full Name of Defendant)

(2) Correctional OFFICER J. Coyle,

(3) MR. M. Gutierrez, Complex Warden,

(4) United STATES OF AMERICA,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-328-TUC-JAS(PSOT)
(To be supplied by the Clerk)

"VERIFIED"
CIVIL RIGHTS COMPLAINT
BY A PRISONER
Jury Trial Requested

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: FTCA 28 USC 1346(b), 2671-80; 42 USC 1985, 1986; Battery Ariz. Revised Statute; Conspiracy to Commit Murder Federal And AZ. State Statutes;

2. Institution/city where violation occurred: U.S.P./Tucson AZ, 9300 S. Wilmot Road, Tucson AZ, 85756

Revised 12/1/20                    1                    **550/555**

## Additional Defendants

(5). MR. Merino / Correctional Officer

- PAGE (1A) -

## B. DEFENDANTS

1. Name of first Defendant: R. FRAGOSO. The first Defendant is employed as: Correctional OFFICER at USP/Tucson ARIZONA.
   (Position and Title) (Institution)

2. Name of second Defendant: J. Coyle. The second Defendant is employed as: Correctional OFFICER at USP/Tucson ARIZONA.
   (Position and Title) (Institution)

3. Name of third Defendant: M. Gutierrez. The third Defendant is employed as: Complex Warden at USP/Tucson ARIZONA.
   (Position and Title) (Institution)

4. Name of fourth Defendant: United STATES OF America. The fourth Defendant is employed as: U.S. Federal Bureau of Prisons at USP/Tucson ARIZONA.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? MANY. Describe the previous lawsuits: The BoP HAS All MY Files So I CAn't be Specific on This Question:
   a. First prior lawsuit:
      1. Parties: Millen Glenn Stine v. Catricia Howard et. al.
      2. Court and case number: USDC/AZ, 21-CV-00483-TUC-JAS
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

   b. Second prior lawsuit:
      1. Parties: Millen Glenn Stine v. C. Rivadeneyra et. al.
      2. Court and case number: USDC/AZ, 22-CV-00574-TUC-JAS
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

   c. Third prior lawsuit:
      1. Parties: Millen Glenn Stine v. United STATES OF America et. al.
      2. Court and case number: USDC/AZ 23-CV-00284-JAS-PSOT
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
      
      *Continued At PAGE (2A)*

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

B. <u>DEFENDANTS Continued</u>:

(5). NAME of the FIFth Defendant: <u>MR. Merino</u>, The FIFth Defendant IS Employed AS: <u>Correctional officer</u> at USP/Tucson ARIZONA.

<u>PAGE (2A)</u>

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth Amendment; FTCA 28 USC 1346(b), 2671-80; 42 USC 1985, 1986; Battery ARiz. Revised Statute And AZ. Riv. Statutue Conspricy to Commit Murder/Federal Statute Conspricy to Commit Murder;

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

(a). This is A Verified Complaint that Plaintiff Mikeal Glenn Stine #55436-098 is The Sole Plaintiff. To Which Plaintiff States that All Statement and or Allegations Made Herein Are based upon His Personal Knowledge And Are True and Correct under Penalty of Perjury Pursuant to 28 USC 1746 by Plaintiff's Signature and date INFRA At PAGE (4).

(b). ON Wednesday July 12th- 2023 at the United States Penitentiary Tucson Arizona Special Housing Unit D/Range Cell #203 Correctional officers J. Coyle and R. Fragoso Stated to Me and My Cellie (Jimmy Eisenhour #32004-045) "Hey you two Snitching Mother Fuckers Were going to Kill you Very Soon". I looked out The Cell door Window And C/O J. Coyle Showed Me a gun Stating you SEE I've Still got my gun, With a bullet with each of you rat Mother Fuckers Names on it. You Mother Fuckers Want to SUE me and fellow officers... think about it, because Very Soon me And Other Staff are Arranging —

Continued At PAGE (3A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Threat to my Safety fear for my life.. That Caused me to Attempt to Kill My-Self.. to Avoid being Viciously Shot and Killed by Defendants R. Fragoso; J. Coyle; M. Gutierrez and Unknown Staff of USP/Tucson. I further Have injured my throat from Hanging and ability to talk.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SEE Exhibits (A), (B) + (C) Attached Hereto That Staff Made All Administrative Remedy (BOP) And FTCA Tort Unavailable to me And Is Therefore Exhausted.. As Well This is Stated in instant Verified Complaint.

3

D. CAUSE OF ACTION / COUNT (I)
Supporting Facts Continued:

to Kill you both"... SEE: Exhibits (A) (B) And (C) Attached Hereto in support.

(c). After the above Statements Supra Page (3) Paragraph No. (b) I, Milliced Stine #55436-028 and Cellmate Jimmy Eisenhour #32004-045 immediately wrote a Request And Notice To Supervising Lt S.Karlan And Correctional Officer Merino Walking/Working SHU D-Range refused to Collect or Accept "(AS D/Range Camera Will Show)" and stated I'm Not taking Anything From either of You referring to myself and Cellmate Eisenhour.. SEE: Exhibits (A) And (B) Attached Hereto:

(d). The evening of July 12th-2023 I become Very Suicidal electing to take my own life rather than be continued to be tortured and killed by C/O R. Fragoso And J. Coyle.. I Advised My Cellie Jimmy Eisenhour Whom immediately notified Staff Whom laughed and said Who Stine? Let Him Kill Himself and refused to get Stine any type of Psychological Help.. Eisenhour then fell Asleep and I Attempted to take my life by Hanging myself from the Cell Air Vent. I lost Consciousness only to Awake with Eisenhour taking Sheet from my neck. SEE: Exhibit (C) Attached Hereto: I was very mad because death is Preferable than being killed by Staff and tortured until they Kill me.. I can barely talk now injuring my voice that could have been prevented by getting me Help when Eisenhour told Them I was going to Kill Myself

(e). Mr. M. Gutierrez, Complex Warden And All Supervisors Have been Notified of these acts Since At least March of 2023 And not only refuses to Correct, but Supports the acts.. The BOP/Central Office and internal Affairs Have been Notified by Certified Mail No. 9589-0710-5270-0838-6640-99      *Continued At PAGE (3B)*

PAGE (3A)

## D. CAUSE OF ACTION / Count (I)
### Supporting Facts Continued:

And was received by Drenna Hill At Internal Affairs Division Bureau of Prisons 320 First Street N.W. Washington D.C. 20534. As well told Warden M. Gutierrez, Lt. E. Alcanter And Lt. S. Kadan.. et. cetera And No one Has even Attempted to investigate or correct.

"End of Count ONE."

PAGE (3B)

## E. REQUEST FOR RELIEF

State the relief you are seeking:

(1) Jury Trial on all issues Herein that are eligible and bench trial on other issues.

(2). Find The United States of America And Warden M. Gutierrez Were Negligent And failed to Adequately train and or Supervise Subordinate Staff at USP/Tucson That Did Cause Plaintiff Mikeal Glenn Stine Physical injury on July 12th 2023 Awarding Plaintiff Mikeal Glenn Stine $500,000°° Compensatory —

Continued At PAGE (4A)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-18-2023
                    DATE                                                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

4

E. REQuest FoR Relief Continued:

damages From Each Defendant (USA) And (Gutierrez) Jointly And $1,000,000.00 Punitive Damages From Each Defendant (USA) And (Gutierrez) Jointly. To Show this type of Conduct and Negligence Will Not be tolerated.

(3). Find Defendants R. Fragoso and J. Coyle's Actions on July 12th 2023 Constituted A Meeting of the Minds To Work together to Murder the Plaintiff Thus Violating 42 USC 1985, 1986, Federal Statutes to Violate Constitutional Rights, Violated Federal Criminal Code title 18 Conspiracy to Murder, As well Violated ARiz. Criminal Statutes of Conspiracy To Commit Murder And Aggravated Assault With intent to Cause Death and or Great Bodily INJury, And Negligence Awarding Plaintiff $2,000,000.00 From Defendant J. Coyle And R. Fragoso Each Seperately And Awarding Plaintiff 4,000,000.00 From Each Defendant Coyle And Fragoso Seperately from Each other As Punitive Damages to Show this type of Conduct Will Not be tolerated Now or in the Future.

Further The Acts Herein of Defendant J. Coyle and R. Fragoso that Violate Federal or State Statutes Shall be Referred to the United States Attorney And State of ARizona Attorney General Pima County for Criminal Review and Charges if Appropriate

(4). Award Plaintiff Mikeal Stine #55436-098 Nonminal Damages of $1.00 Against All Named Defendants (Coyle), (Fragoso), (Gutierrez) And United States of America.

* Continued At PAge (4B):

Page (4A)

E. Request For Relief Continued:

(5). Find Defendants All Violated Plaintiff's Eighth Amendment rights (Coyle's) (Fragoso) (Gutierrez) and (USA) Awarding Plaintiff 1,000,000.00 from All Defendants As A Group and 2,000,000.00 Punitive Damages From Defendants As A Group.

(6). Award Plaintiff all Costs to include reasonable attorney fees.

(7). Specify that Stated lawsuit is Against Defendants in their Official And individual Capacities.

Injunctive Relief Requested below:

(8). That All Staff Working In a Correctional facility Operated by the BOP/U.S. Dept. of Justice Shall immediately Wear a "Body Camera with Audio" (Especially Staff) That Work Directly With The Inmates Such As Housing Units, Transportation, Education, Programs, And Security Staff... "This will Protect Staff And inmates Alike".

(9). That The Staff Shall immediately insure That Plaintiff is Kept Seperated From C/O R. Fragoso And J. Coyle At least 100 feet, And That these Staff Shall Not Have Any interaction With Plaintiff Mikeal Stine #55436-098 And Shall Not be a Part of any BOP decisions relating to Stine #55436-098

(10). Whatever else this Court Deems Necessary And Will Serve Justice.

PAGE (4B)